■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CLARKE, Appellant. [696 NYS2d 879] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Sampson, J.), rendered October 3, 1996, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's *Sandoval* ruling did not constitute reversible error. The court did not improvidently exercise its discretion in permitting the prosecutor to cross-examine the defendant about three prior felonies and their underlying facts in the event the defendant testified at trial (*see, People v Kostaras,* 255 AD2d 602; *People v Kelland,* 208 AD2d 954). The defendant's previous convictions and their underlying facts were probative in evaluating his credibility, and the court limited the prior convictions the prosecutor could use on cross-examination (*cf., People v Walker,* 83 NY2d 455, 458-459). The fact that one of those crimes was similar to the crimes charged did not preclude its use for impeachment purposes (*see, People v Pavao,* 59 NY2d 282, 292; *People v Kelland, supra*).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Thompson, J. P., Sullivan, Altman and Feuerstein, JJ., concur.